UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| JEFFERY BULLINGTON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:08-cv-122 |
| v. ) | Judge Mattice |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

## **ORDER**

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on July 20, 2009. [Court Doc. No. 14.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiff's Motion for Summary Judgment [Court Doc. No. 8] be **GRANTED**, Defendant's Motion for Summary Judgment [Court Doc. No. 11] be **DENIED**, the decision of the Commissioner be **REVERSED**, and the matter be **REMANDED** to the Commissioner for further action consistent with Magistrate Judge Lee's report and recommendation pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED** this 17th day of August, 2009.

                                          */s/Harry S. Mattice, Jr.*
                                          HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE